JUDGE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR21-123-RSL |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING UNOPPOSED MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |
| MICHAEL ANTHONY HITT, JR., | ) | |
| Defendant. | ) | |

This matter having come before the Court on the Defendant's Motion for Early Termination of Supervised Release, and the Court having reviewed the motion, the responsive pleadings and the records and files herein,

THE COURT FINDS, pursuant to 18 U.S.C. § 3583(e), that early termination of Mr. Hitt's supervised release is warranted by the conduct of Mr. Hitt and in the interests of justice;

IT IS FURTHER ORDERED that the term of supervised release for Mr. Hitt shall be terminated, effective immediately.

The Clerk of the Court is directed to send copies of this order to all counsel of record, and to the United States Probation Office.

IT IS SO ORDERED.

DONE this __18th__ day of October, 2022.

_____
ROBERT S. LANSIK
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION
FOR EARLY TERMINATION OF SR
(*U.S. v. Michael Hitt*, CR21-123-RSL)  - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

1
2  Submitted by:
3
4  s/ *Gregory Murphy*
   Assistant Federal Public Defender
5  Attorney for Michael Anthony Hitt, Jr.
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER GRANTING MOTION
FOR EARLY TERMINATION OF SR
(*U.S. v. Michael Hitt*, CR21-123-RSL)   - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**